N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLOTTE MAHONEY, Individually and on Behalf of All Others Similarly Situated<br>Plaintiff,<br><br>vs.<br><br>COMMONSPIRIT HEALTH<br>Defendant. | No. 8:21-CV-23-JFB-MDN |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of the collective of similarly situated individuals who opted in to the lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that the planning conference set for October 31, 2022, be cancelled and that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**CHARLOTTE MAHONEY, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Krista Sheets
Wa. Bar No. 40100
krista@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT COMMONSPIRIT HEALTH**

POLSINELLI PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

*/s/ Jason N.W. Plowman (with permission)*
Jason N.W. Plowman
Neb. Bar No. 26652
jplowman@polsinelli.com

Karen K. Cain
kcain@polsinelli.com

Matthew P.F. Linnabary
mlinnabary@polsinelli.com

Ross T. Weimer
rweimer@polsinelli.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jason N.W. Plowman, Esq.
Karen K. Cain, Esq.
Matthew P.F. Linnabary, Esq.
Ross T. Weimer, Esq.
POLSINELLI PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jplowman@polsinelli.com
kcain@polsinelli.com
mlinnabary@polsinelli.com
rweimer@polsinelli.com
*Attorneys for Defendant*

/s/ Josh Sanford
**Josh Sanford**