# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLOTTE MAHONEY, Individually and on Behalf of All Others Similarly Situated;** <br><br> Plaintiff, <br><br> vs. <br><br> **COMMONSPIRIT HEALTH,** <br><br> Defendant.. | **8:21CV23** <br><br> **ORDER** |

Pursuant to the notice of settlement (Filing No. 42) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **November 29, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of October, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge