IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLOTTE MAHONEY, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>COMMONSPIRIT HEALTH,<br><br>Defendant. | **8:21CV23**<br><br>**JUDGMENT** |

In accordance with the accompanying memorandum and order of today's date, this case is dismissed with prejudice.

Dated this 10th day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge